UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WHIRLPOOL CORP.

        Plaintiff,

   v.

THE GRIGOLEIT CO.,

        Defendant.

                      /

Case No. 1:06-CV-195

Hon. Richard Alan Enslen

**JUDGMENT**

In accordance with an Opinion entered this date;

**IT IS HEREBY ORDERED** that Defendant The Grigoleit Company's Motion to Dismiss (Dkt. No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Whirlpool Corp.'s Complaint is **DISMISSED WITH PREJUDICE**.

Dated in Kalamazoo, MI:
July 13, 2006

     /s/Richard Alan Enslen
     Richard Alan Enslen
     Senior United States District Judge